FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 16 2015

CHRISTOPHER A. PRINE
CLERK

Cause 2015-00499j

Texas DEPARTMENT FAMILY PROTECTION SERVICES

VS

HUONG BUI

First Court of Appeals
~~IN 315 TH JUDICAL DISTRIC COURT~~

HARRIS COUNTY TEXAS

FILED
Chris Daniel
District Clerk
Time: _____
DEC 16 2015
By _____
Harris County, Texas
Deputy

## Motion to recuse judge

In the mater of Texas department of family protective services

VS

Huong Bui

In the interest of minor child

THIS MOTION IS BROUGHT ON BY PETITIONER WHO RESPECTFULLY ASK FOR THE REMOVAL OF HONORABLE MICHEAL SCHNEIDER FROM CAUSE 2015-00499J

DUE TO THE LACK OF UNFAIRNESS IN THE CASE WE RESPECTFULL ASK FOR THE REMOVAL ON THE ABOVE JUDGE AND ASK THAT ARE CASE BE MOVED TO A DEFFERNT COURT TO ENSURE THAT THERE IS NO FUTHER CONFLICTS OF INTEREST AND THAT THE PETITIONERS RIGHTS ARE PROTECTED UNDER THE LAWS OF STATE OF Texas CIVIL PROCEDURES

WE FURTHE FEEL THAT THE JUDGE SHOWED FAVORTIZEM TO THE COURT STAFF AND THE P-LAINTIFFS IN THE ABOVE STYLE CAUSE NEGLECTING THE RIGHTS OF DUE PROCESS TO THE RESPONDENTS

FRUADULENT ACTIVITY HAS ACURED IN THE PROCEEDING AND HAVE JEOPARDIZE THE RESPONDENT ABLITY TO DEFEND THEM SELFS IN A FAIR LEAGAL MANNER DESCRIBED BY LAW THOUGH COLOR OF LAW THE RESPONDENTS HAVE BE UNABLE TO OBTAIN A PROPPER DEFENSE AND THE COURT HAS NOT MADE GOOD ON IT DUTTIES TO ENFORCE COMPLYANCE OF STATES OFFICIALS IN THIS MATER THEREFORE HAS LED TO WEAK DEFENSE BY RESPONDENTS IT IS THE JUDGES WHO WE THE PEOPLE IN TRUST TO UP HOLD THE DUTTIES OF WHAT WE KNOW TO BE THE LAWS RULES CODES AND PROCEEDURES WE STRONGLY HAVE LOST FAITH IN OUR RIGHTS AND THE RIGHTS THAT ARE WRITTEN TO PROTECT US IN SUCH TIMES AS IN THE CAUSE ABOVE WITH DUE RESPECT WE SEEK JUSTICE AND THE PROTECTION UNDER LAWS OF STATE OF Texas

RESPECTFULLY ASK YOUR HONORBALE MICHEAL SCHNEIDER TO RECUSE HIMSELF FROM ANY FUTHER LIDIGATION OF THIS CAUSE

SINCIRLY

HUONG T BUI

WALTER F SALINAS

12-15-2015

HON.MICHEAL SCHNEIDER JR

MOTION GRANTED_____

DATE_____

## CERTIFICATE OF SERVICE

I HERE BY DECLAIR THAT I HAVE PROVIDED A TRUE AND CORECT COPY TO ALL PARTIES WITH INTREST IN THE ABOVE STYLE CAUSE AS PROOF BY THE TEXAS CIVIL CODE OF PROCEDURES TO MY SIGNING BELOW

DELIVERD TO _____

PHONE_____

ADDRESS_____DATE_____

METHOD OF DELIVERY_____

HUONG BUI___*Huong Bui*___DATE 17-16-2015___